NICOLAOS ELIOPOULOS, Respondent, v. THE NATIONAL BANK OF GREECE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE NEW YORK TRUST COMPANY, as Committee of the Property of LOUISE BRUCE HILLS, an Incompetent, for the Construction of the Last Will and Testament of JOHN MARSHALL HILLS, Deceased.*— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [150 Misc. ——.]

VARICK SPRING CORPORATION, Appellant, v. THE BANK OF UNITED STATES, Respondent.†— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [149 Misc. 908.]

ROBERT F. BRIODY CO., INC., Respondent, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY (Misnamed Herein The President and Directors of the Bank of Manhattan Company), Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ROSE WENGER, Appellant, v. ABRAHAM MOLLIN, Respondent.‡— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Finch, P. J., dissents and votes for reversal and a new trial.

JOSEPH GOLDBERG, Guardian ad Litem of LEONORA GOLDBERG, an Infant, etc., Respondent, v. MORRIS A. MASON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ISIDORE HERCHOWITZ and SARAH HERCHOWITZ, Respondents, v. HARRY WILSHANSKY and PAULINE KARPF, Appellants, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JULIA SCHANHOUS and ISAAC SCHANHOUS, Appellants, v. JOSEPH WIENER, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JOHN K. I. CODY, Respondent, v. GOLD SEAL ELECTRICAL COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ALFRED GARTHE, Respondent, v. JACOB RUPPERT, Appellant.§— Judgment and order order reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $20,182.78; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell and Martin, JJ., dissent and vote to reverse and dismiss the complaint. Settle order on notice.

CHARLES PALEOLOGOS and HECTOR CHRISTOPHER, Respondents, v. THE CONTINENTAL CASUALTY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

KATHERINE M. WALKER, Respondent, v. DAVID HELLER and Another, Defendants, Impleaded with BEECH-NUT PACKING COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

---

* Revd., 264 N. Y. 349.  †Affd., 264 N. Y. 297.  ‡ Modified, 264 N. Y. 656.
§ Revd., 264 N. Y. 290.